AO 442 (Rev. 11-11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Northern District of Iowa

| | | |
|---|---|---|
| United States of America<br>v.<br><br>MONTARRANCE WILSON<br><br>_____<br>Defendant | ) ) ) ) ) ) ) | Case No.  13-CR-84-LRR-1 |

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*     Montarrance Wilson                                                                        ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment      ☐ Superseding Indictment      ☐ Information      ☐ Superseding Information      ☐ Complaint
☐ Probation Violation Petition      ☑ Supervised Release Violation Petition      ☐ Violation Notice      ☐ Order of the Court

This offense is briefly described as follows:

   Violation of Supervised Release

Date:   09/29/2017

_____
*Issuing officer's signature*

City and state:   Cedar Rapids, Iowa

Robert L. Phelps, Clerk of Court
*Printed name and title*

---

**Return**

This warrant was received on *(date)*  10/16/17 , and the person was arrested on *(date)*  10/16/17
at *(city and state)*   SPRINGFIELD, IL    .

Date:  10/16/17

_____
*Arresting officer's signature*

KARL WESN   MSN
*Printed name and title*

Form 12C
(06/12)

FILED UNDER SEAL PURSUANT TO ADMINISTRATIVE ORDER

# United States District Court
## for the
## Northern District of Iowa

### *Prob 12 C - Petition to Revoke Supervision - Warrant*
*(COPY AUSA ONLY)*

| | |
|---|---|
| **Offender:** | Montarrance Wilson |
| **Docket No.:** | CR 13-84-1-LRR |
| **Sentencing Judge:** | The Honorable Linda R. Reade, United States District Court Judge |
| **Date of Sentence:** | CR 13-84-1-LRR |
| **Offense:** | Felon in Possession of a Firearm and Ammunition |
| **Criminal History Category:** | IV |
| **Original U.S.S.G. Range:** | 37 to 46 months imprisonment |
| **U.S.S.G Departure(s):** | None |
| **Variance(s):** | None |
| **Sentence Imposed:** | 37 months imprisonment, a 3 year Term of Supervised Release |
| **Original Supervision Start Date:** | July 3, 2017 |
| **Revocation:** | None |
| **Modification(s):** | None |
| **Assistant United States Attorney:** | Martin McLaughlin |
| **Defense Attorney:** | Jonathan B. Hammond |

### PETITIONING THE COURT

- ■ To issue a warrant
- ❑ To issue a summons
- ❑ To address the alleged violations at the revocation hearing scheduled for _____ .

United States v Montarrance Wilson
Petition to Revoke Supervision
Page 2

**The probation officer believes that the offender has violated the following condition(s) of supervision:**

| CURRENT VIOLATION(S) TO BE ADDRESSED BY THE COURT |
|---|
| On January 29, 2016, at the request of the Bureau of Prisons, a pre-release investigation was completed and approved for relocation to the Central District of Illinois. On July 3, 2017, the defendant began his Term of Supervised Release in the Central District of Illinois.<br><br>On August 30, 2017, the Central District of Illinois advised the Northern District of Iowa that the defendant had provided presumptively positive marijuana urine specimens on the following dates: July 31, 2017; August 9, 2017; and, August 17, 2017. As a result of these violation, the defendant was referred for a substance abuse assessment. At the time of these violations, the Central District of Illinois requested that jurisdiction be transferred to the Central District of Illinois so that the defendant's violations could be addressed in their District. **(Violations #1a, #1b, and #1c)**<br><br>On September 6, 2017, the defendant provided a urine specimen that tested presumptive positive for marijuana. **(Violation #1d)**<br><br>On September 8, 2017, the defendant was terminated from his employment. **(Violation #2)**<br><br>As of September 13, 2017, the defendant could not be located at his reported address in Springfield, Illinois. The defendant has failed to maintain contact with his United States Probation Officer in the Central District of Illinois and, as of the date of this writing, the defendant's whereabouts are unknown. **(Violations #3 and #4)**<br><br>On September 27, 2017, the Central District of Illinois indicated that due to the circumstances surrounding this case, they are no longer requesting transfer of jurisdiction and will be closing interest once the warrant is filed. |

| Violation | Condition(s) | |
|---|---|---|
| 1 | *Mandatory Condition:* Use of a Controlled Substance<br>   a) July 31, 2017;<br>   b) August 9, 2017;<br>   c) August 17, 2017; and,<br>   d) September 6, 2017. | Not Confronted |
| 2 | *Standard Condition #5:* Failure to Maintain Employment | Not Confronted |
| 3 | *Standard Condition #6:* Failure to Notify of Residence Change | Not Confronted |
| 4 | *Standard Condition #2:* Report to USPO as Instructed | Not Confronted |

United States v Montarrance Wilson
Petition to Revoke Supervision
Page 3

**United States Probation Officer Recommendation:**

■   Term of Supervised Release should be

　　　■   revoked.

　　　☐   extended for ____ years, for a total term of ____ years.

☐   The conditions of supervision should be modified as follows:

**UNITED STATES PROBATION DECLARATION:**  I declare under penalty of perjury the foregoing is true and correct.

Approved:

_____
Matthew F. Warren
Supervising United States Probation Officer

_____
Amy Moser
United States Probation Officer
Executed on: 09/28/2017

---

## THE COURT ORDERS

[x]   The issuance of a warrant.

[ ]   Other:_____

_____
Linda R. Reade
United States District Court Judge

September 28, 2017
Date